```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 44943
   MELISHA MILLER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1200

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/06/2005 and was confirmed 03/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 10/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED          5305.00          247.24        5305.00
CITIFINANCIAL AUTO CREDI  UNSECURED        2037.39             .00        2037.39
BLOOM FDSB                UNSECURED       NOT FILED            .00             .00
EDDIE BAUER               UNSECURED       NOT FILED            .00             .00
MRSI                      UNSECURED       NOT FILED            .00             .00
MRSI                      UNSECURED       NOT FILED            .00             .00
MRSI                      UNSECURED       NOT FILED            .00             .00
PRESIDIO/CM               UNSECURED       NOT FILED            .00             .00
PROVIDIAN                 UNSECURED       NOT FILED            .00             .00
LEGAL REMEDIES CHARTERED  DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                           491.39
DEBTOR REFUND             REFUND                                            470.96

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               8,551.98

PRIORITY                                          .00
SECURED                                      5,305.00
    INTEREST                                   247.24
UNSECURED                                    2,037.39
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           491.39
DEBTOR REFUND                                  470.96
                      --------------       --------------
TOTALS                8,551.98               8,551.98
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 44943 MELISHA MILLER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```